[No. 1914]

## Ex Parte SMITH

ORIGINAL PROCEEDING. Application by Bert L. Smith for a writ of *habeas corpus* for release from commitment under an indictment. **Petitioner discharged from indictment.**

*Per Curiam:*

For the reason stated in the opinion this day filed in the matter of the application of Oscar J. Smith for a writ of *habeas corpus*, it is ordered that the petitioner, Bert L. Smith, indicted as vice-president for assenting to the reception by the Eureka County Bank, a banking corporation, of the same deposit for the assenting to which Oscar J. Smith was indicted as president, stand discharged from the indictment.

[No. 1915]

## Ex Parte GRIFFIN

ORIGINAL PROCEEDING. Application by W. E. Griffin for a writ of *habeas corpus* for release from commitment under an indictment. **Petitioner discharged from indictment.**

*Per Curiam:*

For the reason stated in the opinion this day filed in the matter of the application of Oscar J. Smith for a writ of *habeas corpus*, it is ordered that the petitioner, W. E. Griffin, indicted as vice-president for assenting to the reception by the Eureka County Bank, a banking corporation, of the same deposit for the assenting to which Oscar J. Smith was indicted as president, stand discharged from the indictment.